# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **SCOTT & WHITE HEALTHCARE** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | CIVIL ACTION NO. 6:23-cv-00182 |
| v. | § | |
| | § | |
| **EYE CARE LEADERS HOLDINGS,** | § | |
| **LLC f/k/a INTEGRITY DIGITAL** | § | |
| **SOLUTIONS** | § | |
| **Defendant.** | § | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Eye Care Leaders Holdings, LLC ("Defendant") gives notice and hereby removes this action from the 169th Judicial District Court, Bell County, Texas, to the United States District Court for the Western District of Texas, Waco Division, and in support shows:

## STATE COURT ACTION

1. On or around December 14, 2022, Plaintiff Scott & White Healthcare filed Plaintiff's Original Petition against Defendant in the 169th Judicial District Court, Bell County, Texas, under Cause No. 22DCV335955 (the "State Court Action"). *See* **Exhibit A** (State Court Docket Sheet). As required by 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Defendant in the State Court Action is attached as **Exhibit B**.

2. Defendant first received a copy of the initial pleading setting forth the claim for relief upon which this action is based no earlier than February 8, 2023. *See* **Exhibit B-3** (February 8, 2023 Letter Transmitting Petition and Citation.)

3. Plaintiff's lawsuit concerns allegations for breach of contract,

fraud/misrepresentation, conversion, and breach of the duty of good faith and fair dealing.

<b><u>THE PROCEDURAL REQUIREMENTS FOR REMOVAL ARE SATISFIED</u></b>

4. As required by 28 U.S.C. § 1446(a), a true and correct copy of all process, pleadings, and orders served upon Defendant in the State Court Action is attached as **Exhibit B**.

5. Defendant first received a copy of Plaintiff's Original Petition, the initial pleading setting forth the claim for relief upon which this action is based, no earlier than February 8, 2023. *See* **Exhibits B-1** and **B-3**. Plaintiff's Original Petition is the first pleading from which it can be ascertained that the State Court Action is removable. Defendant is removing the State Court Action within 30 days of February 8, 2023. Accordingly, Defendant timely removes. 28 U.S.C. § 1446(b).

6. Removal to this Court is proper because the State Court Action is pending within this district and division. *See* 28 U.S.C. §§ 1441(a) and 1446(a).

7. Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of the entire file of record in the State Court Action, along with other supporting documents, are attached to this Notice:

| Exhibit | | Description |
|---|---|---|
| A | | State Court Docket Sheet |
| B | | All pleadings that assert causes of action, all answers, and all process and orders from the State Court |
| | 1 | Plaintiff's Original Petition |
| | 2 | Citation – Eye Care Leaders f/k/a Integrity Digital Solutions |
| | 3 | February 8, 2023 Letter Transmitting Petition and Citation |

8. After filing this Notice of Removal, Defendant will promptly serve written notice of this Notice of Removal on Plaintiff's counsel and file the same with the clerk of the 169th

Judicial District Court, Bell County, Texas, in accordance with 28 U.S.C. § 1446(d).

9. Defendant has satisfied the requirements for removal under 28 U.S.C. § 1446 and all applicable rules.

## DIVERSITY JURISDICTION

10. Removal of a state court civil action to federal court is proper if the parties are citizens of different states and the amount in controversy exceeds $75,000. 28 U.S.C. §§ 1332(a) & 1441(a). For purposes of diversity jurisdiction, an LLC is a citizen of every state of which its members are citizens. *Harvey v. Grey Wolf Drilling Co.*, 542 F.3d 1077, 1080 (5th Cir. 2008). A corporation is a citizen of its state of incorporation and the state where it has its principal place of business. 28 U.S.C. § 1332(c)(1).

### A.    The Parties are Completely Diverse

11. Complete diversity exists among the parties.

12. Plaintiff is a non-profit corporation formed in Texas and has its principal place of business in Bell County, Texas. *See* Plaintiff's Original Petition, ¶ 2. Therefore, Plaintiff is a citizen of Texas for purposes of diversity jurisdiction.

13. Defendant is a limited liability company organized under the laws of North Carolina. Its sole member is another limited liability company organized under the laws of North Carolina. That limited liability company's sole member is another limited liability company, also organized under the laws of North Carolina. That limited liability company's sole member is another limited liability company, also organized under the laws of North Carolina. That limited liability company's sole member is another limited liability company, also organized under the laws of North Carolina, whose sole member is a Delaware corporation with its principal place of

business in Orlando, Florida. Therefore, Defendant is a citizen of Delaware and Florida for purposes of diversity jurisdiction.

### B.   The Amount in Controversy Exceeds $75,000

14.   The amount in controversy equals or exceeds $200,000. *See* Plaintiff's Original Petition, ¶ 1. Accordingly, because the amount in controversy exceeds $75,000, removal is proper. 28 U.S.C. § 1446(c)(2).

15.   Because the parties are completely diverse and the amount-in-controversy requirement is met, diversity jurisdiction exists, and removal is proper.

### DEFENDANT RESERVES ALL RIGHTS

16.   By removing this action, Defendant does not waive any defenses or objections available to it. Defendant intends no admission of fact, law, or liability by this Notice of Removal, and it expressly reserves all defenses, motions, and/or pleas.

### CONCLUSION

17.   For the reasons explained above, Defendant removes this action from the 168th Judicial District Court, Bell County, Texas, to the United States District Court for the Western District of Texas, Waco Division.

Dated: March 10, 2023

        Respectfully submitted,

        **CONDON TOBIN SLADEK THORNTON NERENBERG, PLLC**

        */s/ Aaron Z. Tobin*
        Aaron Z. Tobin
        State Bar No. 24028045

atobin@condontobin.com
8080 Park Lane, Suite 700
Dallas, Texas 75231
*Telephone: (*214) 265-3800
*Facsimile:* (214) 691-6311

**ATTORNEY FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2023, a true and correct copy of the foregoing pleading has been served on counsel for Plaintiff in accordance with the Federal Rules of Civil Procedure.

*/s/ Aaron Z. Tobin*
Aaron Z. Tobin